# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSIE BADGER and EMILY GELLATLY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>RETAIL PROPERTIES OF AMERICA, INC.,<br><br>　　　　　　　Defendant. | Case No. 2:17-cv-01368-DSC<br><br>**FILED ELECTRONICALLY** |

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Josie Badger and Emily Gellatly (collectively "Plaintiffs"), and Defendant Retail Properties of America, Inc. ("Defendant"), by and through their counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice as between Plaintiffs and Defendant;

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated:  March 8, 2018　　　　　　　　　　　　Respectfully Submitted,

*/s/ Benjamin J. Sweet*　　　　　　　　　　　 */s/ Emily B. Thomas*
Benjamin J. Sweet　　　　　　　　　　　　　Emily B. Thomas
**CARLSON LYNCH SWEET**　　　　　　　　**Baker & Hostetler LLP**
**KILPELA & CARPENTER, LLP**　　　　　　1801 California Street
1133 Penn Ave., 5th Floor　　　　　　　　　　Suite 4400
Pittsburgh, PA 15222　　　　　　　　　　　　Denver, CO 808202-2662
T: (412) 253-6359

F: (412) 231-0246

Cira Center
2929 Arch Street | 12th Floor
Philadelphia, PA 19104-2891
T: (303) 764-4096
F: (303) 861-7805
ethomas@bakerlaw.com

**IT IS SO ORDERED, this 9th day of March, 2018.**

**<u>s/ DAVID STEWART CERCONE</u>**
**Senior United States District Judge**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation of Dismissal was electronically filed with the Clerk of the Court using the CM/ECF system on March 8, 2018, which will send notification of the filing to all counsel of record.

By:    */s/ Benjamin J. Sweet*